No. 10-5717. LaDavid B. Taylor, Petitioner v. Richard A. Gunnels, et al.

562 U.S. 965, 131 S. Ct. 464, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 7987.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 378 Fed. Appx. 469.

No. 10-5721. Alan J. Price, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

562 U.S. 965, 131 S. Ct. 464, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 8103.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-5726. Carol Jebbia, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 965, 131 S. Ct. 464, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 7992.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-5731. Louis Laurore, Petitioner v. UMass Medical Healthcare, et al.

562 U.S. 966, 131 S. Ct. 464, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 7949.

October 12, 2010. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 73 Mass. App. 1109, 897 N.E.2d 1042.

No. 10-5733. Peter Rodriguez Aponte, Petitioner v. Kenneth McKee, Warden.

562 U.S. 966, 131 S. Ct. 464, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 7997.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5747. William Rouser, Petitioner v. California.

562 U.S. 966, 131 S. Ct. 465, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 7955.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

No. 10-5748. Terrence Patrick Sheehan, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 966, 131 S. Ct. 465, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 7933,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-5749. John Willis Richard, Petitioner v. David Rock, Superintendent, Upstate Correctional Facility.

562 U.S. 966, 131 S. Ct. 465, 178 L. Ed. 2d 295, 2010 U.S. LEXIS 8005,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.